# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL WORLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-713-G ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court for review of the Report and Recommendation (Doc. No. 24) issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Plaintiff brought this action seeking judicial review of the determination by the Commissioner of Social Security that he was not "disabled" under the Social Security Act. *See* 42 U.S.C §§ 405(g), 423(d)(1).

Judge Mitchell recommends that the Court reverse the Commissioner's decision and remand the case for further administrative development. *See* R. & R. at 1. Judge Mitchell expressly informed the parties of their right to object to the Report and Recommendation and the consequences of failing to do so. *See id.* at 13. Neither party has filed a written objection to the Report and Recommendation within the allotted time period or requested additional time to object. Finding that the parties have waived further review of all issues addressed in the Report and Recommendation, *see Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991), the Court ADOPTS the Report and Recommendation in its entirety, as though fully set forth herein.

It is therefore ORDERED that the Report and Recommendation (Doc. No. 24) is ADOPTED. The decision of the Commissioner is REVERSED and the case is REMANDED for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 20th day of June, 2019.

*Charles B. Goodwin*
CHARLES B. GOODWIN
United States District Judge